FILED
CLERK, U.S. DISTRICT COURT

3/27/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_GR\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JULIA L. FLEETWOOD, ) CIVIL NO. 5:14CV01856-CW
    Plaintiff, )
    v. ) **[PROPOSED] JUDGMENT OF REMAND**
CAROLYN W. COLVIN, Acting Commissioner of Social Security, )
    Defendant. )

    The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: March 27, 2015    _____
                                UNITED STATES MAGISTRATE JUDGE